# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|                          |   |                |
|--------------------------|---|----------------|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs.                      | : |                |
| KAREEM DARBY             | : | NO. 06-220-1   |

## ORDER

**AND NOW**, this 4th day of January, 2011, upon consideration of Petitioner Kareem Darby's Motion to Vacate, Set Aside or Correct Sentence (Doc. Nos 61 and 63), and the Response in opposition thereto, it is hereby **ORDERED** that the Motion is **DENIED**.

There is no probable cause to issue a certificate of appealability.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE